

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00451-CV

Luis de Jesus Lara Munoz and Unimex Logistics, L.L.C.
v.
Ray Castillo

On Appeal from the
370th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2744-16-G

## JUDGMENT

The judgment issued by this Court on April 9, 2020, is hereby vacated and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged appellants, Luis de Jesus Lara Munoz and Unimex Logistics, L.L.C. and North American Specialty Insurance Company, as surety on the supersedeas bond.

We further order this decision certified below for observance.

April 14, 2020